RAY STERN, as Administratrix, etc., of SOLOMON STERN, Deceased, v. METRO-POLITAN LIFE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GORDON N. LEWIS v. GRIGSBY-GRUNOW-HINDS COMPANY.— Motion granted to the extent indicated in the order and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance, etc. (NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY).— Preference granted for October 19, 1926.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of the STATE TAX COMMISSION for a Reappraisal of Property of ARTHUR R. WILSON, Deceased.— Preference granted for October 19, 1926.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HYMAN M. EPSTEIN.— Preference granted for October 19, 1926.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

TOBIAS KAHANE v. EDWIN T. MURDOCH.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of MINNIE SHENK, Individually and as One of the Executors and Trustees, etc., of JOSEPH SHENK, Deceased (ISIDORE BRAVEMAN and Others).— Preference granted for November 9, 1926.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARIE HELENE FLUEGEL v. FREDERIC R. COUDERT and Another.— Preference granted for October 20, 1926.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of JAMES J. FRAWLEY, Public Administrator, etc., of MICHAEL SANITA, Deceased.— Preference granted for October 19, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM LEGERE.— Preference granted for October 20, 1926.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK MARKEY.— Motion granted, and appellant's time to file record on appeal and appellant's points is extended to November 30, 1926.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MIDURBAN REALTY CORPORATION v. MARYLAND CASUALTY COMPANY.— Motion granted.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES MILNE SMITH.— Motion granted, and appellant's time to file record on appeal and appellant's points is extended to November 19, 1926.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM JORING and Others v. PIERCE F. GROOME.— Motion granted and appellant's time to file record on appeal and appellant's points is extended to November 3, 1926.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.